UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE			CIVIL ACTION
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY AND GEICO			Docket No.: 1:11-CV-11-5339
CASUALTY CO.,
                                    Plaintiffs,
                                                                             NOTICE OF
                                                                             APPEARANCE
                -against-

GRAND MEDICAL SUPPLY, INC., et al.

                                  Defendants.
-----------------------------------------------------------------X


## NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE**, that the undersigned have been retained by and appear for **VLADISLAV DYATLOV**, Defendant in the action, and demand that copy of all pleadings and all notices and other papers in this action be served upon us at our office address stated below.

Dated: Brooklyn, New York
        November 14, 2011

                                                                        ALMONTE LAW FIRM P.C.

                                                                        Alexander Almonte Esq. (AA0883)
                                                                        Attorney for Defendant
                                                                        Vladislav Dyatlov
                                                                        Tel. 718-332-0622
                                                                        Fax. 718-718-232-4333
                                                                        Email: Almontelawfirm@gmail.com


To:    RIVKIN RADLER LLP
         Bary I. Levy
         Micheal A. Sirignamo
         Ryan Goldberg
         926 RXR Plaza
         Uniondale, New York 11556-0926
         Tel: 516-357-3000
         Fax: 516-357-3333